UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
TIARA JACKSON,                                               :
                 Plaintiff,        :
:   22 Civ. 508 (LGS)
-against-                                                    :
:   ORDER
CITY OF NEW YORK, et al.,                                    :
                 Defendants.     :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Amended Complaint (the "Complaint") was filed on April 5, 2022.

    WHEREAS, this case is part of the § 1983 Plan.

    WHEREAS, the City of New York was served on April 7, 2022.  Defendants Michael Monahan and Joe Pulgarin were served on April 11, 2022, and April 7, 2022, respectively.

    WHEREAS, Defendants' deadline to answer or otherwise respond to the Complaint according to the § 1983 Plan was July 1, 2022.

    WHEREAS, Defendants have not answered or otherwise responded to the Complaint.  It is hereby

    **ORDERED** that Defendants shall file an answer or otherwise respond to the Complaint by **August 15, 2022**.  It is further

    **ORDERED** that, if Defendants do not answer, move or otherwise respond to the Complaint by August 12, 2022, Plaintiff shall present an Order to Show Cause for default judgment and related papers as provided in the Court's Individual Rules by **August 22, 2022**.  It is further

    **ORDERED** that Plaintiff shall serve a copy of this Order on Defendant and file proof of service on the docket by **August 11, 2022**.

Dated: August 8, 2022
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE