

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JENNIFER GOLTCHE**
*Senior Counsel*
Phone: (212) 356-2469
Fax: (212) 356-3509
jgoltche@law.nyc.gov

December 1, 2022

**BY ECF**
Honorable Lorna. G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Jackson v. City of New York, et al.,
22 CV 508 (LGS)

Your Honor:

I am a Senior Counsel in the Office of Sylvia Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendants write to respectfully request a 45-day extension of the deadline set by Local Rule 83.10 to conduct mediation from December 5, 2022, to January 18, 2023.

By way of background, this matter was selected for participation in Local Rule 83.10 mediation on January 20, 2022. On August 26, 2022, the Court ordered the completion of the first mediation session by December 5, 2022. The first mediation session was scheduled for November 16, 2022. Shortly before the mediation session, Plaintiff's counsel indicated that he would not be able to attend as he was engaged on trial and would be engaged on trial through the rest of the year. Due to Plaintiff's trial schedule, Defendant is seeking an extension of time complete the first mediation session until January 18, 2023.

Defendants thank the Court for its consideration.

Respectfully submitted,

/s/ *Jennifer Goltche*

Jennifer Goltche
*Senior Counsel*