```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
TIARA JACKSON,                                                   :
                                                                 :
                                Plaintiff,                       :    ORDER
                                                                 :
                -v-                                              :    22-CV-508 (LGS) (JLC)
                                                                 :
CITY OF NEW YORK, et al.,                                        :
                                                                 :
                                Defendants.                      :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/06/2023__

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated June 6, 2023 (Dkt. No. 39), Judge Schofield referred this case to me for settlement. The parties are directed to advise the Court within 30 days when they wish to schedule the settlement conference. The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties. Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court, or to call chambers with both sides on the line at 212-805-0250. For the parties' convenience, the Court notes that its best availability is between **July 21, 2023** (when, according to the Second Amended Civil Case Management Plan, fact discovery is to be complete),

and **August 16, 2023** (the date of the next scheduled conference before Judge Schofield).

    **SO ORDERED.**

Dated: June 6, 2023
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge