

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel

**CAROLINE MCGUIRE**
*Assistant Corporation Counsel*
Tel.: (212) 356-5052
Fax: (212) 356-3509
cmcguire@law.nyc.gov

July 14, 2023

**For the reasons stated herein, Plaintiff's motion to compel is denied as moot.**

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**The Clerk of Court is respectfully directed to close the motion at Dkt. No. 44.**

Dated: July 18, 2023
New York, New York

/s/ Lorna G. Schofield
UNITED STATES DISTRICT JUDGE

Re: <u>Tiara Jackson v. City of New York, et al.</u>, 22-CV-508 (LGS)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of Defendants City, and Captain Pulgarin (hereinafter "Defendants"). I write to respond to plaintiff's motion to compel a 30(b)(6) witness and a deposition of the same, and respectfully request that the Court deny plaintiff's motion as moot. See Docket Entry No. 44.

By way of background, plaintiff alleges, *inter alia*, that defendant officers falsely arrested her and used excessive force on her. See Docket Entry Nos. 1, 6. On July 11, 2023, plaintiff filed a motion to compel defendants to identify and produce a 30(b)(6) witness on the topic of civilian recording of police activity. See Docket Entry No. 44. The Court ordered defendants to respond by Friday, July 14, 2023. See Docket Entry No. 45.

On July 12, 2023, the undersigned identified a 30(b)(6) witness to plaintiff's counsel. The parties scheduled her deposition to take place on July 17, 2023, beginning at 10:00 A.M., virtually. Accordingly, defendants respectfully request that the Court deny plaintiff's motion to compel as moot.

Respectfully submitted,

/s/ *Caroline McGuire*
Assistant Corporation Counsel
Special Federal Litigation Division

1

cc: *Counsel for Plaintiff (by ECF)*

Case 1:22-cv-00508-LGS   Document 47   Filed 07/18/23   Page 2 of 2

2

cc: *Counsel for Plaintiff (by ECF)*